# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| WILLIAM J. RAUCH, | ) | Civil Action No.: 9:05 376-23 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | **PLAINTIFF'S RESPONSE TO** |
| JENNIFER D. RAUCH a/k/a JENNIFER | ) | **DEFENDANTS DEUTSCHE BANK** |
| DAVIS; RICHARD DEBOE; DEUTSCHE | ) | **SECURITIES INC. AND RICHARD** |
| BANK SECURITIES, INC. f/k/a | ) | **DEBOE'S FIRST REQUEST FOR** |
| DEUTSCHE BANC ALEX BROWN, INC.; | ) | **PRODUCTION OF DOCUMENTS AND** |
| | ) | **TANGIBLE THINGS** |
| Defendants. | ) | |

TO:   JOEL H. SMITH, ESQUIRE AND BRIAN COMER, ESQUIRE ATTORNEYS FOR DEFENDANT, DEUTSCHE BANK SECURITIES, INC., F/K/A DEUTSCHE BANC ALEX BROWN VENTURE, INC.; AND HAMILTON OSBORNE, JR., ESQUIRE AND THOMAS R. GOTTSHALL, ESQUIRE ATTORNEYS FOR RICHARD DEBOE:

**NOW COMES** Plaintiff William J. Rauch ("Plaintiff"), who, by and through his undersigned counsel, pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, hereby issues its Response to the Request for Production propounded by Defendant Deutsche Bank Securities Inc. ("DBSI") and Defendant Richard DeBoe ("Deboe") (hereinafter collectively referred to as "Defendants"), as follows:

### GENERAL OBJECTIONS

1.    Plaintiff objects to the Requests for Production to the extent they call for Responses that would disclose privileged information, including information protected by the attorney-client privilege, attorney work-product doctrine, confidential business information or trade secret privileges, or any other applicable privileges.

2.    Plaintiff objects to the Requests for Production to the extent they request information, documents, things, facts, opinions or any other matter prepared in anticipation of

litigation or for trial, including such trial preparation materials relating to expert witnesses, which is outside the scope of discovery permitted by F.R.C.P. 26(b).

## REQUESTS FOR PRODUCTION

1. All documents, communications and records of any communications relating to any or all of the following: (i) the naming of Jennifer D. Rauch a/k/a Jennifer Davis ("Davis") as a party defendant in this action; (ii) the purpose(s) for including her as a party defendant; and (iii) the intention of Plaintiff with respect to enforcement of a judgment or otherwise pursuing recovery in this action against Davis.

    OBJECTION: Plaintiff objects to this request on the basis that it seeks information protected by the attorney-client and/or work product privilege and/or information prepared in anticipation of litigation. Subject to and without waiving said objections, Plaintiff does not have in its possession any documents relating to this request that are not protected by the attorney-client privilege.

2. All documents, communications and records of any communications relating to any or all of the following: (i) negotiations between Plaintiff and Davis with respect to naming her as a party defendant in this action; and (ii) agreements or understandings between Plaintiff and Davis with respect to her being named as a defendant in this action.

    OBJECTION: Plaintiff objects to this request on the basis that it seeks information protected by the attorney-client and/or work product privilege and/or information prepared in anticipation of litigation. Subject to and without waiving said objections, Plaintiff does not have in its possession any

documents relating to this request that are not protected by the attorney-client privilege.

3. All documents, communications and records of any communications relating to Plaintiff's purposes in commencing this action, including but not limited to with respect to: (i) Davis; (ii) DBSI; and (iii) DeBoe.

OBJECTION: Plaintiff objects to this request on the basis that it seeks information protected by the attorney-client and/or work product privilege and/or information prepared in anticipation of litigation. Subject to and without waiving said objections, Plaintiff would refer Defendants to his Complaint.

**ATTORNEYS FOR THE PLAINTIFF**

By: _____
Ralph E. Tupper, Fed. Bar ID: 4150
Stacey P. Canaday, Fed. Bar ID: 8015
Tupper, Grimsley & Dean, P.A.
Post Office Box 2055
Beaufort, South Carolina 29901-2055

John E. Parker, Fed. Bar ID: 2977
Peters, Murdaugh, Parker, Elztroth & Detrick, P.A.
Post Office Box 457
Hampton, South Carolina 29924-0457

**CERTIFICATE OF SERVICE**

This is to certify that I have served counsel for all parties in the foregoing matter with a copy of this pleading by:
___ depositing in the U.S. Mail a copy of same in properly addressed envelope with adequate postage thereon
___ handing counsel a copy thereof
___ by facsimile and depositing in the U.S. Mail a copy of same in a properly addressed envelope with adequate postage thereon.

This _____ day of _____, 20___

By: _____

June 3, 2005