IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION
DEFICIENCY MEMORANDUM

TO: Stacey Canaday

FROM: Crystal Perry

RE: 9:05-0376-PMD

DATE: July 5, 2006

Pursuant to Rule 5, Federal Rules of Civil Procedures, the Stipulation #21 has been filed. However, it is deficient in the area(s) checked below:

I. **When the deficiency noted is corrected and the document re-filed, the Clerk will change the filing document date and response due date back to that of the original filing. The original filing will then be deleted.**

**The corrected document must not contain any changes other than to correct the deficiency noted.**

**Response is due based on the original filing date, regardless of the deficiency noted.**

- [x] Pleading not signed with s/name or digital signature on signature line. Signature can not be a scanned in handwritten wet signature. Please re-file with s/Stacey Canaday or digital signature on the signature line. Also, please choose all of the parties that are filing the stipulation by holding down the control key and left clicking with the mouse. Thank You.
- [ ] Incorrect case number listed on document filed
- [ ] Document filed in wrong case
- [ ] Document not legible
- [ ] Document signed by attorney but e-filed under another attorney's login. Please re-file documents with s/signature.
- [ ] Documents filed together, please separate and re-file
- [ ] Wrong Event used:
- [ ] Wrong Document Attached

II. **The document listed below should be filed using the event: "Additional Attachments to Main Document found under Other Documents"**

☐ Memorandum not filed with motion pursuant to Local Civil Rule 7.04

III. **The document listed below should not be filed electronically. It should be attached to an e-mail and sent to the appropriate filing docs box listed below. Upon receipt of it, the Clerk will file the entry:**

☐ Summons or Waiver documents not attached to Complaint

☐ JS 44 Civil Cover Sheet

Filingdocs_ecf_cola@scd.uscourts.gov
Filingdocs_ecf_chas@scd.uscourts.gov
Filingdocs_ecf_flor@scd.uscourts.gov
Filingdocs_ecf_gren@scd.uscourts.gov

IV. **These documents should be filed using the specific event listed**:

☐ No certificate of service, use **"Certificate of Service"**

☐ No Interrogatories pursuant to Local Civil Rule 26.01. These Interrogatories must be filed immediately, use the event **"Local Rule 26.01 Answers to Interrogatories"** found under Discovery Documents.

☐ No consultation certificate pursuant to Local Civil Rule 7.02, use **"Certificate of Consultation on Motion"** found under "Other Documents"

V. **Documents filed by US Probation and US Marshal:**

**Please correct the deficiency(ies) as noted above within one business day**.