DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

| | |
|---|---|
| William J. Rauch, | ) |
| Plaintiff, | ) Civil Action No. 9:05-cv-00376-PMD |
| v. | ) |
| Jennifer D. Rauch a/k/a Jennifer Davis; Peter Brant; Richard Deboe; Deutsche Bank Securities, Inc. f/k/a Deutsche Bank Alex Brown, Inc. | ) |
| Defendants. | ) |

I am hereby filing the attached **Stipulation of Dismissal with Prejudice** executed by counsel for all parties in this action.

TUPPER GRIMSLEY & DEAN, P.A.

s/Stacey Patterson Canaday
Stacey Patterson Canaday, Fed ID # 8015
Ralph E. Tupper. Fed ID # 4150
Tupper Grimsley & Dean, P.A.
611 Bay Street
Beaufort, South Carolina 29902
Tel.: (843)524-1116
Fax: (843)524-1463

Attorneys for Plaintiff William Rauch

Beaufort, South Carolina

July 11, 2006

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

### BEAUFORT DIVISION

| | | |
|---|---|---|
| William J. Rauch, | ) | Civil Action No. 9:05-cv-00376-PMD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION OF DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| Jennifer D. Rauch a/k/a Jennifer Davis; | ) | |
| Peter Brant; Richard Deboe; Deutsche | ) | |
| Bank Securities, Inc. f/k/a Deutsche Bank | ) | |
| Alex Brown, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and with the consent of counsel for Plaintiff William J. Rauch and counsel for Defendants Richard DeBoe and Deutsche Bank Securities Inc., the Plaintiff in the above-captioned action hereby stipulates that he voluntarily dismisses this action with prejudice, with all parties to bear their own costs and attorneys' fees.

*[signatures on the following page]*

**PLAINTIFF SO STIPULATES:**

By: _____
Ralph E. Tupper, Esquire
Tupper Grimsley & Dean, PA
611 Bay Street
Beaufort, South Carolina 29902

John E. Parker, Esquire
Peters Murdaugh Parker Eltzroth & Detrick, PA
P.O. Box 457
Hampton, South Carolina 29924-0457

Attorneys for Plaintiff William J. Rauch

**DEFENDANTS CONSENT:**

**NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.**

By: _____
Joel H. Smith
Federal Bar Number: 3910
Brian A. Comer
Federal Bar Number: 9106
Meridian Building
1320 Main Street, 17th Floor
Columbia, South Carolina 29201
Telephone: (803) 799-2000

Attorneys for Deutsche Bank Securities Inc.

**HAYNSWORTH SINKLER BOYD, P.A.**

By: _____
Thomas R. Gottshall
Federal Bar Number: 2406
1201 Main Street, Suite 2200
Columbia, South Carolina 29201
Telephone: (803) 779-3080

Attorneys for Richard DeBoe