IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

| | |
|---|---|
| William J. Rauch,<br>   Plaintiff<br><br>-versus-<br><br>Jennifer D. Rauch a/k/a Jennifer Davis; Peter Brandt; Richard Deboe; Deutsche Bank Securities Inc., f//k/a Deutsche Bank Alex Brown, Inc.,<br>   Defendant | Civil Action No.: 9:05-cv-00376-PMD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiff in the above captioned action hereby stipulates that he voluntarily dismisses Peter Brandt in this action with prejudice, with all parties to bear their own costs and attorney's fees.

                 TUPPER, GRIMSLEY & DEAN, P.A.


                 s/Stacey Patterson Canaday
                 Stacey Patterson Canaday, Fed ID # 8015
                 Ralph E. Tupper, Fed ID # 4150
                 Post Office Box 2055
                 Beaufort, South Carolina 29902
                 (843) 524-1116
                 (843) 524-1463

                 Attorneys for Plaintiff, William Rauch

Beaufort, South Carolina
July 18, 2006